## STATE OF CONNECTICUT *v.* RICHARD RODRIGUEZ
## (12910)

Dupont, C. J., and O'Connell and Heiman, Js.

Argued October 27—decision released November 21, 1995

*Miles Gerety*, assistant public defender, with whom, on the brief, was *Elizabeth Kisiel*, certified legal intern, for the appellant (defendant).

*Linda N. Howe*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.